UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BINNY LUTHER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NAVISITE, INC.,<br><br>　　　　Defendant. | Case No.  5:13-cv-05757 EJD<br><br>**ORDER TO SHOW CAUSE** |

　　　　On April 22, 2014, the court issued a Case Management Order which scheduled this action for a Preliminary Pretrial Conference on November 21, 2014, and required the parties, inter alia, to contact the ADR Unit within 10 days and to file a Joint Preliminary Pretrial Conference Statement on or before November 12, 2014.  See Docket Item No. 14.  It does not appear the parties complied with the instruction to contact the ADR Unit.  In addition, the parties have not filed a timely Joint Preliminary Pretrial Conference Statement.

　　　　Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute or for failure to comply with a court order.  If Plaintiff does not, by **November 24, 2014**, demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the court.

　　　　In light of this order, the Preliminary Pretrial Conference scheduled for November 21,

1

Case No.: 5:13-cv-05757 EJD
ORDER TO SHOW CAUSE

2014, is VACATED and will be reset, if necessary, upon resolution of the issue discussed herein.

**IT IS SO ORDERED.**

Dated:  November 17, 2014

_____
EDWARD J. DAVILA
United States District Judge

2

Case No.: 5:13-cv-05757-EJD
ORDER TO SHOW CAUSE